UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MOHAMED AHMED HUSSEIN,

    Defendant.

Case No. 2:22-CR-55 (4)
JUDGE MICHAEL H. WATSON
Magistrate Judge Jolson

### REPORT AND RECOMMENDATION

This matter came before the Court on April 20, 2023, on a Motion to Reopen Detention Hearing (Doc. 191). On the record, the Undersigned explained why the District Judge's determination of detention should not be disturbed. (*See* Doc. 197, audio recording; *see also* Doc. 171, Opinion and Order, denying Motion for Reconsideration). Namely, the drug trafficking charges Defendant faces are serious; he will serve considerable time in custody if convicted; he has ties in many states; and there is at least some evidence he was attempting to evade law enforcement. Further, the new evidence Defendant presented did not undermine the many reasons for detention. Still, the Undersigned directed Pretrial Services to determine if its recommendation of detention had changed given Defendant's presentation in his motion and at the hearing. Pretrial Services did its work, and its position has not changed. Accordingly, the Undersigned **RECOMMENDS** that the District Judge's Opinion and Order (Doc. 171) not be disturbed.

### Procedure on Objections

If any party seeks review by the District Judge of this *Report and Recommendation,* that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation,* specifically designating this *Report and Recommendation,* and the part thereof

in question, as well as the basis for objection thereto. 28 U.S.C. §636(b)(1); F.R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation.* See *Thomas v. Arn,* 474 U.S. 140 (1985); *Smith v. Detroit Federation of Teachers, Local 231 etc.,* 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

IT IS SO ORDERED

Date: April 26, 2023  /s/Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE