UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

Mohamed Ahmed Hussein

Defendant.

Case No. 2:22-cr-55

Judge Michael H. Watson

## ORDER

Defendant moved to re-open his detention hearing pursuant to 18 U.S.C. § 3142(f)(2). ECF No. 191. Specifically, Defendant argued that new information exists which was not known to Defendant at the time of his initial hearing and that such new information has a material bearing on whether there are adequate conditions of release that will reasonably assure his appearance and protect the public. *Id.*; *see* 18 U.S.C. § 3142(f)(2)(B).

Magistrate Judge Jolson held a detention hearing on April 20, 2023 and issued a Report and Recommendation ("R&R") recommending that Defendant remain in custody pending trial. ECF No. 199. The R&R notified Defendant of his right to object to the recommendations therein and that failure to timely object would amount to a waiver of both the right to *de novo* review by the Undersigned as well as a right to appeal the Court's adoption of the R&R. *Id.* at 2–3.

The deadline for filing such objections has passed, and Defendant did not object. Having received no objection, the R&R is **ADOPTED**. Defendant shall remain in custody pending trial.

The Clerk shall terminate ECF Nos. 191 and 199.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT